# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR NO. 02-00549HG

CASE NAME:         USA vs. RUDY K. SOUZA

ATTYS FOR PLA:     Elizabeth Josephson

ATTYS FOR DEFT:    Shanlyn A.S. Park

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:    FTR-Courtroom 7

DATE:     10/20/2006                   TIME:        10:16-10:20

COURT ACTION:  EP: Proof Hearing on Order to Show Cause as to Why Supervised Release Should Not Be Revoked - Defendant present in custody.

Court questions Defendant.  Defendant informed the Court that his prior conflict with the Office of the Federal Public Defender no longer exists.

Shanlyn A.S. Park, AFPD and the Office of the Federal Public Defender Apptd Atty for Defendant.

Court finds probable cause re: the alleged violations of supervised release.

Order to Show Cause as to Why Supervised Release Should Not Be Revoked set for 2:00 10/30/06, HG.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager