PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A. S. PARK # 6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     fpdhi@hotmail.com

Attorney for Defendant
RUDY K. SOUZA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 02-00549 HG |
|---|---|
|    Plaintiff, | ) MOTION TO CORRECT |
|  | ) PRESENTENCE REPORT; |
| vs. | ) DECLARATION OF COUNSEL; |
|  | ) EXHIBITS A & B; CERTIFICATE |
| RUDY K. SOUZA, | ) OF SERVICE |
|  | ) |
|    Defendant. | ) (non-hearing motion) |
|  | ) |

## MOTION TO CORRECT PRESENTENCE REPORT

COMES NOW the defendant, RUDY K. SOUZA, through counsel, Shanlyn A. S. Park, Assistant Federal Defender, and moves this Honorable Court to correct defendant's presentence report.

This motion is based on the attached declaration of counsel, exhibits, and the files and records of this case.

DATED: Honolulu, Hawaii, February 7, 2007.

/s/ Shanlyn A. S. Park
SHANLYN A. S. PARK
Attorney for Defendant
RUDY K. SOUZA

# **CERTIFICATE OF SERVICE**

SHANLYN A. S. PARK, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

ELIZABETH JOSEPHSON  (Served Electronically through CM/ECF)
Special Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

CARTER LEE                           (hand delivered)
Probation Officer
United States Probation Office
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii  96850

DATED: Honolulu, Hawaii, February 7, 2007.

        /s/ Shanlyn A. S. Park
        SHANLYN A. S. PARK
        Attorney for Defendant
        RUDY K. SOUZA