EXHIBIT A

# CIRCUIT COURT, FIRST CIRCUIT

## STATE OF HAWAII

## 93-1879

CRIMINAL NO. _____

S T A T E   O F   H A W A I I

VS

RUDY K. SOUZA
_____
_____
_____
_____

DEFENDANT(S)

CHARGE(S)

| | |
|---|---|
| COUNTS 1,3-5, & 7-9 | SEXUAL ASAULT IN THE |
| | FIRST DEGREE |
| COUNT 2 | KIDNAPPING |
| COUNT 6 | SEXUAL ASAULT IN THE |
| | THIRD DEGREE |



COMPUTERIZED INDEX

**FIRST CIRCUIT COURT**
STATE OF HAWAII

| DOCKET NO | DATE FILED | TYPE OF CASE | CR |
|---|---|---|---|
| 1PC930001879 | 7/28/93 | CRIMINAL | |
| TITLE OF CASE | | ATTORNEY(S) | ATTY. ID |

STATE OF HAWAII

SEXUAL ASSAULT 1 441
HRS 707-0730-87
SEXUAL ASSAULT 1 441
HRS 707-0730-87
SEXUAL ASSAULT 1 441
HRS 707-0730-87
SEXUAL ASSAULT 1 441
HRS 707-0730-87

VS

SOUZA, RUDY K          OAKES, GARY NORMAN    A3735

SEXUAL ASSAULT 1 441
HRS 707-0730-87
SEXUAL ASSAULT 1 441
HRS 707-0730-87
SEXUAL ASSAULT 1 441
HRS 707-0730-87
SEXUAL ASSAULT 1 443
HRS 707-0732-87
KIDNAPPING       014
HRS 707-0720

PAGE

1993

JUL 23    MOTION FOR SUPERVISED RELEASE AND/OR BAIL                    1
          REDUCTION; AFFIDAVIT OF COUNSEL; STATEMENT OF
          PROPOSED WITNESSES AND/OR EXHIBITS AND NOTICE OF
          MOTION
          (SET ON 8/12/93 @ 1:30PM, JUDGE TOWN)

JUL 26    COMMITMENT TO CIRCUIT COURT FROM THE DISTRICT                2
          COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION:
          COMM 38006, HPD 93266762, BAIL SET $10,000.00;
          DEFT IN CUSTODY @ OCCC

JUL 26    COMMITMENT TO CIRCUIT COURT FROM THE DISTRICT                3
          COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION:
          COMM 38010, HPD 93272781, BAIL SET $10,000.00;
          DEFT IN CUSTODY @ OCCC

JUL 26    COMMITMENT TO CIRCUIT COURT FROM THE DISTRICT                4
          COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION:
          COMM 38008, HPD 93272778, BAIL SET $10,000.00;
          DEFT IN CUSTODY @ OCCC

JUL 26    COMMITMENT TO CIRCUIT COURT FROM THE DISTRICT                5
          COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION:
          COMM 38009, HPD 93272780, BAIL SET $10,000.00;
          DEFT IN CUSTODY @ OCCC

COMPUTERIZED INDEX

**FIRST CIRCUIT COURT**
STATE OF HAWAII

| DOCKET NO. | DATE FILED | TYPE OF CASE | | CASE |
|---|---|---|---|---|
| 1PC930001879 | 7/28/93 | CRIMINAL | 95 | |
| TITLE OF CASE | | ATTORNEY(S) | ATTY. I.D. | |

VS

DEFENDANT(S)

1993

| JUL 26 | COMMITMENT TO CIRCUIT COURT FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION: COMM 38012, HPD 93272783, BAIL SET $10,000.00; DEFT IN CUSTODY @ OCCC | 6 |
|---|---|---|
| JUL 26 | COMMITMENT TO CIRCUIT COURT FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION: COMM 38013, HPD 93272785, BAIL SET $10,000.00; DEFT IN CUSTODY @ CCCC | 7 |
| JUL 26 | COMMITMENT TO CIRCUIT COURT FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION: COMM 38014, HPD 93272786, BAIL SET $10,000.00; DEFT IN CUSTODY @ OCCC | 8 |
| JUL 26 | COMMITMENT TO CIRCUIT COURT FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION: COMM 38011, HPD 93272782, BAIL SET $1,000.00; DEFT IN CUSTODY @ OCCC | 9 |
| JUL 26 | COMMITMENT TO CIRCUIT COURT FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION: COMM 38007, HPD 93266764, BAIL SET $10,000.00; DEFT IN CUSTODY @ OCCC | 10 |
| JUL 28 | COMPLAINT:  CTS I-VII SEXUAL ASSAULT IN THE FIRST DEGREE; CT VIII SEXUAL ASSAULT IN THE THIRD DEGREE; CT IX KIDNAPPING | 11 |
| JUL 29 | NOTICE OF SETTING (AS TO ARRAIGNMENT AND PLEA) (A/P HRG: 8/5/93 @ 8:30 AM BEFORE JUDGE SPENCER) | 12 |
| AUG 06 | WRITTEN REQUEST FOR DISCLOSURE (SUBMITTED BY PROSECUTORS) | 13 |
| AUG 12 | PRETRIAL BAIL REPORT   (DEFT RUDY K SOUZA) | 14 |
| AUG 12 | ORDER PERTAINING TO BAIL (BAIL REDUCED TO $30,000.00 AGGR) | 15 |
| AUG 13 | DEFENDANT'S REQUEST FOR MATERIALS & INFORMATION PURSUANT TO RULES 16(B) & 12(D), HAWAII RULES OF PENAL PROCEDURE | 16 |

COMPUTERIZED INDEX

**FIRST CIRCUIT COURT**
STATE OF HAWAII

| CASE/FF NO | DATE FILED | TYPE OF CASE | PAGE |
|---|---|---|---|
| 1PC420301P77 | 7 04 71 | CRIMINAL | |

| | TITLE OF CASE | ATTORNEY(S) | ATT.Y. I.D. |
|---|---|---|---|
| VS | | | |
| DEFENDANT(S) | | | |
| DATE | | | |

1993

| AUG 16 | ORDER APPOINTING COUNSEL; FINDING AND RECOMMENDATION OF THE PUBLIC DEFENDER (PUBLIC DEFENDER APPOINTED LEGAL COUNSEL) | |
|---|---|---|
| OCT 14 | MEMORANDUM OF PRETRIAL | 18 |
| DEC 01 | DEFENDANT'S MOTION IN LIMINE #1; AFFIDAVIT OF COUNSEL; MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION IN LIMINE; EXHIBIT A AND NOTICE OF MOTION | 19 |
| DEC 27 | MOTION IN LIMINE NO 1; AFFIDAVIT OF COUNSEL; MEMORANDUM IN SUPPORT OF MOTION IN LIMINE NO 1; NOTICE OF MOTION; CERTIFICATE OF SERVICE | 20 |
| DEC 27 | MOTION IN LIMINE NO 2 TO PRECLUDE CERTAIN EVIDENCE AT TRIAL; AFFIDAVIT OF COUNSEL; MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO PRECLUDE CERTAIN EVIDENCE AT TRIAL; NOTICE OF MOTION; CERTIFICATE OF SERVICE | 21 |

1994

| FEB 03 | SUPPLEMENTAL INSTRUCTIONS REQUESTED BY STATE OF HAWAII | |
|---|---|---|
| FEB 08 | DEFENDANT'S REQUESTED JURY INSTRUCTIONS | |
| FEB 08 | STATE OF HAWAII'S REQUESTED JURY INSTRUCTIONS | |
| FEB 08 | COURT'S PROPOSED JURY INSTRUCTIONS | |
| FEB 09 | INSTRUCTIONS GIVEN TO THE JURY IN THE ORDER IN WHICH THEY WERE READ | |
| FEB 09 | COMMUNICATION NO. 1 FROM THE JURY | |
| FEB 09 | COMMUNICATION NO. 1 FROM THE JURY | |
| FEB 10 | ORDER PERTAINING TO BAIL (BAIL SET ASIDE & RELEASE OWN RECOGNIZANCE) | 22 |

COMPUTERIZED INDEX

**FIRST CIRCUIT COURT**
STATE OF HAWAII

| DOCKET NO | DATE FILED | TYPE OF CASE | |
|---|---|---|---|
| 1PC393001074 | 2-28-93 | CRIMINAL | |

| | TITLE OF CASE | ATTORNEY(S) | ATTY ID |
|---|---|---|---|
| .VS DEFENDANT(S) | | | |

| | | | | DATE |
|---|---|---|---|---|
| | 1994 | | | |
| FEB 10 | VERDICT - NOT GUILTY AS TO COUNT 1 | | | |
| FEB 10 | VERDICT - NOT GUILTY AS TO COUNT 2 | | | |
| FEB 10 | VERDICT - NOT GUILTY AS TO COUNT 3 | | | |
| FEB 10 | VERDICT - NOT GUILTY AS TO COUNT 4 | | | |
| FEB 10 | VERDICT - NOT GUILTY AS TO COUNT 5 | | | |
| FEB 10 | NOT GUILTY AS TO COUNT 6 | | | |
| FEB 10 | NOT GUILTY AS TO COUNT 7 | | | |
| FEB 10 | NOT GUILTY AS TO COUNT 8 | | | |
| FEB 10 | VERDICT - NOT GUILTY OF KIDNAPPING CT 9 | | | |
| FEB 10 | VERDICT - GUILTY OF UNLAWFUL IMPRISONMENT CT 9 | | | |

COMPUTERIZED INDEX

FIRST CIRCUIT COURT
STATE OF HAWAII

| DOCKET NO | DATE FILED | | | |
|---|---|---|---|---|
| 1PC930001979 | 7/26/93 | CRIMINAL | | |
| | TITLE OF CASE | | ATTORNEY(S) | ATTY ID |

VS
DEFENDANT(S)

| DATE | | TITLE OF DOCUMENTS | PAGE |
|---|---|---|---|
| **1994** | | | |
| FEB 10 | NOT GUILTY AS TO COUNT 7 | | 29 |
| FEB 10 | NOT GUILTY AS TO COUNT 8 | | 30 |
| FEB 10 | VERDICT - NOT GUILTY OF KIDNAPPING CT 9 | | 31 |
| FEB 10 | VERDICT - GUILTY OF UNLAWFUL IMPRISONMENT CT 9 | | 32 |
| MAR 15 | EXHIBIT LIST CODE NO 88 | | 33 |
| APR 14 | JUDGMENT; GUILTY CONVICTION AND SENTENCE; NOTICE OF ENTRY (CT IX JAIL (213) DAYS W/CRED FOR TIME SRVD) | | 34 |
| MAY 02 | PRESENTENCE REPORT DATED MARCH 18, 1994 (SEALED BY ORDER OF THE COURT) (LOCATION:  CONFIDENTIAL CAB) | | * |
| MAY 18 | JUDGMENT OF ACQUITTAL/NOTICE OF ENTRY (DEFT ACQUITTED OF CTS I-VIII) | | 35 |

| STATE OF HAWAII<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | VERDICT | CASE NUMBER<br>CR  NO. 93-1879 |
|---|---|---|

STATE OF HAWAII VS. (DEFENDANT)

RUDY K. SOUZA

WE THE JURY in this case   find the Defendant NOT GUILTY of the offense of Sexual

Assault in the First Degree (alleging penis into vagina) as to Count 1.

| DATE<br>2.9.94 | FOREPERSON<br>*Lynda M Alosto* | |
|---|---|---|

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

FEB 1 0 1994 19___

9 43 o'clock A M

*J. Panuelo*
Clerk, Fifth Division

FORM NO. 000190                                                    VERDICT

| STATE OF HAWAII<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | VERDICT | CASE NUMBER<br>CR  NO.  93-1879 |
|---|---|---|

STATE OF HAWAII VS. (DEFENDANT)

RUDY K. SOUZA

WE THE JURY in this case    find the Defendant NOT GUILTY of the offense of Sexual

Assault in the First Degree (alleging penis into vagina) as to Count 2.

| DATE | FOREPERSON |
|---|---|
| 2-9-94 | _Linda N. Celeste_ |

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

FEB 1 0 1994, 19

___ o'clock  A

_G. Parrillo_
Clerk, First Circuit

FORM NO. JD-1420

VERDICT

| STATE OF HAWAII<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | VERDICT | CASE NUMBER<br>CR NO. 93-1879 |
| --- | --- | --- |

STATE OF HAWAII vs. (DEFENDANT)

RUDY K. SOUZA

WE THE JURY in this case    find the Defendant NOT GUILTY of the offense of Sexual

Assault in the First Degree (alleging penis into mouth) as to Count 3.

| DATE<br>2-9-94 | FOREPERSON<br>*Linda M. Abbe* |
| --- | --- |

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

FEB 1 9 1994 at

____ o'clock __.M.

____ Clerk, 6th Division

FORM NO. 9-C-120                                              VERDICT

| STATE OF HAWAII CIRCUIT COURT OF THE FIRST CIRCUIT | VERDICT | CASE NUMBER CR NO. 93-1879 |
| --- | --- | --- |

STATE OF HAWAII VS. (DEFENDANT)

RUDY K. SOUZA

---

WE THE JURY in this case   find the Defendant NOT GUILTY of the offense of Sexual

Assault in the First Degree (alleging mouth on vagina) as to Count 4.

| DATE | FOREPERSON |
| --- | --- |
| 2·9·94 | *[signature]* |

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

FEB 1 9 1994

*[clerk signature]*
Clerk 5th Circuit

FORM NO. *[illegible]*                                          VERDICT

| STATE OF HAWAII<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | VERDICT | CASE NUMBER<br>CR. NO. 93-1879 |
| --- | --- | --- |

STATE OF HAWAII VS. (DEFENDANT)

RUDY K. SOUZA

WE THE JURY in this case   find the Defendant NOT GUILTY of the offense of Sexual

Assault in the First Degree (alleging penis into vagina) as to Count 5.

| DATE<br>2-9-94 | FOREPERSON<br>*Linda M Celeste* |
| --- | --- |

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

FEB 1 0 1994

VERDICT

| STATE OF HAWAII<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | VERDICT | CASE NUMBER<br><br>CR  NO. 93-1879 |
| --- | --- | --- |

STATE OF HAWAII VS. (DEFENDANT)

RUDY K. SOUZA

WE THE JURY in this case  find the Defendant NOT GUILTY of the offense of Sexual

Assault in the First Degree (alleging finger into anus) as to Count 6.

| DATE<br><br>2-9-94 | FOREPERSON<br><br>*Linda M Caleste* |
| --- | --- |

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

FEB 1 0 1994

VERDICT

 

| STATE OF HAWAII<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | VERDICT | CASE NUMBER<br>CR  NO. 93-1679 |
|---|---|---|

STATE OF HAWAII VS (DEFENDANT)

RUDY K. SOUZA

WE THE JURY in this case   find the Defendant NOT GUILTY of the offense of Sexual

Assault in the First Degree (alleging penis into anus) as to Count 7.

DATE

2-9-94

FOREPERSON

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

FEB 1 0 1994

o'clock  A

Clerk

VERDICT

| STATE OF HAWAII CIRCUIT COURT OF THE FIRST CIRCUIT | VERDICT | CASE NUMBER cr NO. 93-1879 |
|---|---|---|

STATE OF HAWAII VS. (DEFENDANT)

RUDY K. SOUZA

WE THE JURY in this case    find the Defendant NOT GUILTY of the offense of Sexual

Assault in the Third Degree as to Count 8.

| DATE | FOREPERSON |
|---|---|
| 2. 9. 94 | *Donald M Clark* |

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

FEB 1 0 1994

_____ o'clock _____

_____
Clerk, Fifth Division

VERDICT

| STATE OF HAWAII<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | VERDICT | CASE NUMBER<br>CR. NO. 93-1879 |
|---|---|---|

STATE OF HAWAII VS. (DEFENDANT)

RUDY K. SOUZA

---

WE THE JURY in this case find the Defendant NOT GUILTY of the offense of Kidnapping as to Count 9.

| DATE | FOREPERSON |
|---|---|
| 2-9-94 | *Linda M Celest* |

FIRST CIRCUIT COURT<br>STATE OF HAWAII<br>FILED<br>FEB 1 0 1994

VERDICT

| STATE OF HAWAII CIRCUIT COURT OF THE FIRST CIRCUIT | VERDICT | CASE NUMBER: No. 93-1879 |
|---|---|---|

STATE OF HAWAII VS. (DEFENDANT)

RUDY K. SOUZA

WE THE JURY in this case   find the Defendant GUILTY of the included offense of

Unlawful Imprisonment in the Second Degree as to Count 9.

DATE

2 9-94

FOREPERSON

*[signature]*

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED
FEB 1 0 1994 10
Clerk, First Circuit

FORM NO. 00?150                                                                VERDICT

ORIGINAL

| STATE OF HAWAII<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | JUDGMENT<br>GUILTY CONVICTION AND SENTENCE<br>☐ Young Adult Defendant<br>NOTICE OF ENTRY | Cr. No.  93-1879 |
|---|---|---|

STATE OF HAWAII vs (DEFENDANT)

RUDY K. SOUZA

(See Attached)

**DEFENDANT'S PLEA**

☐ GUILTY    ☒ NOT GUILTY    ☐ NO CONTEST    ☒ JURY VERDICT    ☐ JUDGE FINDINGS

ORIGINAL CHARGE(S)                                  CHARGE TO WHICH DEFENDANT PLEAD

(See Attached)

**DEFENDANT IS CONVICTED AND FOUND GUILTY OF**

Count 9:  Unlawful Imprisonment 2°

**FINAL JUDGMENT AND SENTENCE OF THE COURT**

☐ FINE $ _____  TO BE PAID TO THE CLERK OF COURT

☐ RESTITUTION $ _____

☐ INCARCERATION

☐ MITTIMUS TO ISSUE IMMEDIATELY

☐ MITTIMUS STAYED UNTIL _____

☒ OTHER:  Credit to be given for time already served.

| YEARS | MONTHS | DAYS |
|---|---|---|
|  |  | 213 |

☐ The Defendant entered the plea(s) indicated. It is adjudged that the Defendant has been convicted of and is guilty of the offense stated above, committed in the manner and form set forth in the charge.

☐ The court finds that the Defendant comes within the classification of a young adult defendant under HRS Section 607 and that in lieu of any other sentence of imprisonment authorized by law, defendant should be sentenced to a special indeterminate term under sentence. The court is of the opinion that such special term is adequate for defendant's correction and rehabilitation and will not jeopardize the protection of the public.

THE JUDGMENT AND SENTENCE OF THIS COURT IS AS STATED HEREIN

| DATE SIGNED | JUDGE | SIGNATURE |
|---|---|---|
| 04/14/94 | Bambi E. Weil |  |

**NOTICE OF ENTRY**

THIS JUDGMENT HAS BEEN ENTERED AND COPIES MAILED OR DELIVERED TO ALL PARTIES

| DATE | CLERK |
|---|---|
| 04/14/94 | N. Mercado |

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED
APR 1 4 1994

Cr. No.  93-1879

STATE OF HAWAII   VS. RUDY K. SOUZA

| ORIGINAL CHARGES | | POLICE REPORT NUMBER |
|---|---|---|
| Ct. 1: | Sexual Assault 1 | 93266762 |
| Ct. 2: | Sexual Assault 1 | 93272781 |
| Ct. 3 | Sexual Assault 1 | 93272778 |
| Ct. 4 | Sexual Assault 1 | 93272780 |
| Ct. 5 | Sexual Assault 1 | 93272783 |
| Ct. 6 | Sexual Assault 1 | 93272785 |
| Ct. 7 | Sexual Assault 1 | 93272786 |
| Ct. 8 | Sexual Assault 1 | 93272782 |
| Ct. 9 | Kidnapping | 93266764 |

ORIGINAL

| STATE OF HAWAII<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | JUDGMENT OF ACQUITTAL<br>NOTICE OF ENTRY | CASE NUMBER<br>Cr. No. 93-1879 |
|---|---|---|

STATE OF HAWAII VS (DEFENDANT)

RUDY K. SOUZA

(See attached)

| ORIGINAL CHARGE(S) | CHARGE(S) DEFENDANT ACQUITTED OF |
|---|---|
| CTS I-VIII:  Sexual Assault in the<br>First Degree<br>CT IX:  Kidnapping | CTS I-VIII:  Sexual Assault in the<br>First Degree |

☒ JURY VERDICT        ☐ JUDGE FINDINGS

The defendant having entered a plea or pleas of Not Guilty and the above verdict(s) or finding(s) having been entered, IT IS ADJUDGED that the Defendant has been acquitted and is not guilty of the charge(s) stated above.

| DATE SIGNED<br>02/10/94 | JUDGE<br>Bambi E. Weil | SIGNATURE |
|---|---|---|

NOTICE OF ENTRY

THE FOREGOING JUDGMENT HAS BEEN ENTERED AND A COPY MAILED OR DELIVERED TO EACH PARTY.

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

MAY 1 8 1994 19

8:30 o'clock A M

B. Parrilla
Clerk, Fifth Division

| DATE<br>02/10/94 | CLERK<br>B. Parrilla | |
|---|---|---|

DISTRIBUTION: (1) ORIG. FILE (2) DAG'S, COURT (3) AHD (4) POLICE (5) JAIL (IF NEC.)

JC-P-236  JUDGMENT OF ACQUITTAL

Cr. No. 93-1879

STATE OF HAWAII v. RUDY K. SOUZA

POLICE REPORT NUMBER

I:      93266762

II:     93272781

III:    93272773

IV:     93272780

V:      93272783

VI:     93272785

VII:    93272786

VIII:   93272782

IX:     93266764