PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

SHANLYN A. S. PARK # 6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     fpdhi@hotmail.com

Attorney for Defendant
RUDY K. SOUZA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 02-00549 HG |
| | ) |
| Plaintiff, | ) SECOND DECLARATION OF |
| | ) COUNSEL TO MOTION TO |
| vs. | ) CORRECT PRESENTENCE |
| | ) REPORT FILED FEBRUARY 7, |
| RUDY K. SOUZA, | ) 2007; CERTIFICATE OF SERVICE |
| | ) |
| Defendant. | ) (non-hearing motion) |
| | ) |

**SECOND DECLARATION OF COUNSEL TO MOTION TO
CORRECT PRESENTENCE REPORT FILED FEBRUARY 7, 2007**

I, SHANLYN A. S. PARK, hereby declare as follows:

1. I am counsel for defendant, RUDY K. SOUZA, having been appointed pursuant to the Criminal Justice Act.

2.   On February 8, 2007, counsel met with United States Probation Officer Carter Lee. Mr. Lee indicated that after reviewing the motion and supporting documentation, he does not object to correcting Mr. Souza's Presentence Report to reflect that Mr. Souza was acquitted of the charged offenses in Counts 1 through 9 and only found guilty of the lesser included offense of Unlawful Imprisonment in the Second Degree as to Count 9.

3.   The facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, February 8, 2007.

/s/ Shanlyn A. S. Park
SHANLYN A. S. PARK
Attorney for Defendant
RUDY K. SOUZA

In the United States District Court, for the District of Hawaii,
United States v. Souza, Cr. No. 02-00549 HG;
Second Declaration of Counsel

## CERTIFICATE OF SERVICE

SHANLYN A. S. PARK, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was hand delivered on the following at the last known address:

ELIZABETH JOSEPHSON
Special Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

CARTER LEE
Probation Officer
United States Probation Office
300 Ala Moana Boulevard, Room C-126
Honolulu, Hawaii 96850

DATED: Honolulu, Hawaii, February 8, 2007.

_____
SHANLYN A. S. PARK
Attorney for Defendant
RUDY K. SOUZA