# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

February 12, 2007  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   Crim. No. 02-00549 HG

CASE NAME:   United States v. Rudy K. Souza

ATTYS FOR PLA:   Elizabeth Josephson, Special Assistant U. S. Attorney

ATTYS FOR DEFT:   Shanlyn A.S. Park, Assistant Federal Public Defender

JUDGE:   Helen Gillmor          REPORTER:

DATE:                              TIME:

COURT ACTION:          **MINUTE ORDER**

Defendant filed his MOTION TO CORRECT PRESENTENCE REPORT (Doc. 48) on February 7, 2007.

Defendant's "Second Declaration of Counsel to Motion to Correct Presentence Report Filed February 7, 2007" was filed on February 8, 2007 (Doc. 49). Counsel represents to the Court that the Probation Office has no objection to the correction requested by Defendant.

The Government is directed to respond to the Motion in writing by February 21, 2007.

Submitted by: Mary Rose Feria, Courtroom Manager

cc:   above counsel
      U.S. Probation Officer Carter A. Lee
      Chief Judge Helen Gillmor's chambers