EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELIZABETH H. JOSEPHSON
Special Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Facsimile: (808)541-2958
E-Mail: elizabeth.josephson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  02-00549 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | DEFENSE'S MOTION TO CORRECT |
| vs. | ) | PRESENTENCE REPORT; |
| | ) | CERTIFICATE OF SERVICE |
| RUDY K. SOUZA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S RESPONSE TO DEFENSE'S
MOTION TO CORRECT PRESENTENCE REPORT

The United States has no objections to the defense's Motion to Correct Presentence Report containing the defense's proposed change to the Presentence Report in the above captioned case.

DATED: February 15, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By /s/ Elizabeth H. Josephson
  ELIZABETH H. JOSEPHSON
  Sp. Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

SHANLYN PARK          shanlyn_park@fd.org          February 15, 2007
Assistant Federal Public Defender


Served by hand-delivery:


        CARTER LEE                          February 15, 2007
        U.S. Probation Officer
        United States Probation Office
        300 Ala Moana Boulevard, Room 2-215
        Honolulu, Hawaii  96850




         /s/ Valerie Domingo
        U.S. Attorney's Office
        District of Hawaii