ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

1226575

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 02-00549HG-01 |
| RUDY K. SOUZA | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 13 2007

at __ o'clock and __ min. __ M.
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST RUDY K. SOUZA and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

U.S. MARSHALS SERVICE
HONOLULU
2007 SEP 12 PM 3:16
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | SEPTEMBER 12, 2007 at Honolulu, Hawaii<br>Date and Location |

Bail Fixed at NO BAIL WARRANT     By: Helen Gillmor, Chief United States District Judge

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at   HONOLULU, HI

| Date Received 9-12-07 | NAME AND TITLE OF ARRESTING OFFICER<br>RUSSELL NAKASATO<br>DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 9-13-07 | | |