# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 02-00549HG-001 |
| CASE NAME: | UNITED STATES OF AMERICA v. RUDY K. SOUZA |
| ATTYS FOR PLA: | Gabriel Colwell, SAUSA |
| ATTYS FOR DEFT: | Shanlyn A.S. Park, AFPD |
| U.S.P.O.: | Frank Condello |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | September 20, 2007 | TIME: | 2:15 - 2:40 |

COURT ACTION:   ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED AS TO DEFENDANT RUDY K. SOUZA

The defendant is present in custody.
The defendant admitted to Violation Nos. 1, 3, and 4.
The defendant denied to Violation No. 2.

The Court finds that this is a Grade C violation, Criminal History Category II.

Defense counsel shall investigate if there is a long term drug treatment program for the defendant. SAUSA Gabriel Colwell does not recommend the Salvation Army treatment program.

Further hearing on the Order to Show Cause Why Supervised Release Should Not Be Revoked is continued to November 2, 2007 at 11:00 a.m.

   Submitted by: Mary Rose Feria, Courtroom Manager