# MINUTES

CASE NUMBER:       CR 02-00549HG-001

CASE NAME:         UNITED STATES OF AMERICA v. RUDY K. SOUZA

ATTYS FOR PLA:     Gabriel Colwell, SAUSA

ATTYS FOR DEFT:    Shanlyn A.S. Park, AFPD

U.S.P.O.:          Frank M. Condello, II

---

JUDGE:    Helen Gillmor          REPORTER:    Stephen Platt

DATE:     November 2, 2007       TIME:        11:10 - 11:30

---

COURT ACTION:      ORDER TO SHOW CAUSE WHY SUPERVISED
                   RELEASE SHOULD NOT BE REVOKED AS TO
                   DEFENDANT RUDY K. SOUZA

The defendant is present in custody.
The defendant admitted to Violation Nos. 1, 3, and 4 on September 20, 2007.
The defendant denied to Violation No. 2 on September 20, 2007.

On September 20, 2007, the Court found that this is a Grade C violation, Criminal History
Category II.

Supervised release is revoked.

      ADJUDGED: Impr of 8 MONTHS.

      SUPERVISED RELEASE: 24 MONTHS, upon the following conditions:

1.    That the defendant shall abide by the standard conditions of supervision.

2.    That the defendant not commit any crimes, federal, state, or local (mandatory
      condition).

3.    That the defendant not possess illegal controlled substances (mandatory condition).

4.    That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5.    That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6.    That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7.    That the defendant participate in a mental health program, at the discretion and direction of the Probation Office.

8.    That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Advised of rights to appeal the sentence, etc.


Submitted by: Mary Rose Feria, Courtroom Manager